Case 3:23-cv-00173   Document 7   Filed on 11/13/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:23-0173

Odis C. Wiley, TDCJ #02304017, Petitioner,

v.

Bobby Lumpkin, Respondent.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, *United States District Judge:*

Petitioner Odis C. Wiley, an inmate in the custody of the Texas Department of Criminal Justice–Correctional Institutions Division (TDCJ), filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On June 22, 2023, the court ordered the respondent to answer the petition. Dkt. 3.

On August 17, 2023, Wiley filed a motion to voluntarily dismiss his petition, stating only that he "moves to respectfully dismiss the petition in the above case n[umber]." Dkt. 5. His motion provided no further information.

On September 19, 2023, the court ordered Wiley to confirm his intentions within 30 days by filing either a motion to withdraw his petition or a petition bearing his signature. The order warned Wiley that, if he did not file either

document, the court would dismiss this action without further notice for want of prosecution. Dkt. 6.

Wiley's deadline for compliance was Thursday, October 19, 2023. To date, he has not filed any further document with the court.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes compliance with all of the court's previous instructions.

The court orders that this case is **DISMISSED** without prejudice.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  13th  day of  November            , 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE